IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                          Criminal Action No.
                                              21-00027-01-CR-W-BCW

EDWARD J. KELLY, JR.,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One - Felon in Possession of a Firearm and Unlawful User of a Controlled Substance in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§922(g)(1), (g)(3) and 924(a)(2)

                                  Count Two - Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924 (a)(2)

**TRIAL COUNSEL**:
        Government:    Sean Foley
        Case Agent:    Gabriel Coale – Independence, Missouri Police Department
        Defense:    Angela Williams

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
        Government:    8 with stipulations; 10 without stipulations
        Defense:    No additional witnesses; Defendant will not testify.

**TRIAL EXHIBITS**:
        Government:    40 exhibits
        Defense:    No additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial                      (  ) Possibly for trial
    (  ) Motion to continue to be filed     (x) Likely a plea will be worked out

**TRIAL TIME**:    **2 ½ days**
    Government's case including jury selection:    2 ½ days
    Defense case:    No additional time

**STIPULATIONS**:
    (  )   not likely
    (  )   not appropriate
    (x)   likely as to:
        (  )   chain of custody
        (  )   chemist's reports
        (x)   prior felony conviction
        (x)   interstate nexus of firearm
        (x)   other: knowledge of felony status

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:   October 18, 2021
    Defense:       October 18, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:    October 18, 2021
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:    October 18, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing November 1, 2021
    **Please note**:   Government counsel has another case set on the November docket, *USA v. Cregg L. Matthews*, 19-00112-01-CR-W-HFS.

**OTHER**:
    (  )   A _____-speaking interpreter is required.
    (  )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                            */s/ Jill A. Morris*
                                            JILL A. MORRIS
                                            United States Magistrate Judge